1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

RICHARD JACKSON,

11

Plaintiff,

12

v.

13

MARK STRONG,

14

Defendant.

CASE NO. C16-5551 RBL-DWC

ORDER TO SHOW CAUSE

15

16    Plaintiff Richard Jackson who is housed at the Special Commitment Center and is

17  proceeding *pro se*, filed a Motion to Proceed *In Forma Pauperis* (IFP). Dkt. 2. Plaintiff states he

18  has $3,000.00 in his resident account. *Id.*

19    Based on the information supplied to the Court, plaintiff can afford the $400.00 filing fee.

20  Therefore, plaintiff is ordered to show cause why his Motion to Proceed IFP should not be

21  denied. Plaintiff must respond to this order to show cause on or before July 29, 2016. In the

22  alternative, plaintiff may pay the $400.00 filing fee before that date.

23

24

ORDER TO SHOW CAUSE - 1

1      Failure to show cause or pay the amount shall be deemed a failure to properly prosecute

2  this matter and the Court may recommend dismissal of this matter.

3      Dated this 29th day of June, 2016.

4

5                                              David W. Christel
                                              United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2