UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD JACKSON,

        Plaintiff,

v.

MARK STRONG,

        Defendant.

CASE NO. C16-5551 RBL-DWC

REPORT AND RECOMMENDATION

Noting Date: September 9, 2016

      The District Court has referred this action, filed under 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Presently pending before the Court is Plaintiff Richard Jackson's Motion for Leave to Proceed *In Forma Pauperis* ("Motion"). Dkt. 2.

      The right to proceed *in forma pauperis* ("IFP") is not absolute. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990). Proceeding IFP is a matter within the sound discretion of the trial court in civil actions. *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963). Plaintiff submitted his prison trust account statement showing a spendable balance of $3,000. Dkt. 2, p. 2. On June 29, 2016, the Court ordered Plaintiff to show cause why his Motion should not be denied or, in the alternative, pay the $400.00 filing fee by July 29, 2016. Dkt. 4.

REPORT AND RECOMMENDATION - 1

1   Plaintiff has not filed a response to the Order to Show Cause and has not paid the filing
2   fee. Because Plaintiff appears capable of paying the filing fee and has not shown cause why he
3   cannot afford the $400.00 filing fee, the Court recommends Plaintiff's Motion be denied.
4   Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
5   fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
6   6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *See*
7   28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the
8   clerk is directed to set the matter for consideration on September 9, 2016, as noted in the caption.
9   Dated this 22nd day of August, 2016.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2