UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD JACKSON,

                Plaintiff,

  v.

MARK STRONG,

                Defendant.

No. 3:16-CV-05551-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation [Dkt. #5].

(2)     Plaintiff's Motion to Proceed *In Forma Pauperis* [Dkt. #2] is denied. Plaintiff shall pay the filing fee within 30 days of the date of this Order or face dismissal.

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 12th day of September, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1